MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
**MICHAEL T. HUA LAW**
6145 W. Spring Mountain Rd., Ste. 201
Las Vegas, Nevada 89146
efile@michaelhua.com
Tel: (702) 852-2228
Fax: (702) 832-0266
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SCOTT DAVID DORFMAN, an individual,

Plaintiff,

vs.

PREFERRED HOMECARE, a Foreign Limited Liability Company, and DOES I-X and ROE CORPORATIONS I-XX, inclusive,

Defendants.

Case No.: 2:24-cv-01879-JCM-BNW

**STIPULATION REGARDING PRESERVATION, TRANSFER, AND INSPECTION OF THE SUBJECT CPAP DEVICE**

Plaintiff Scott David Dorfman and Defendant Preferred Homecare, by and through their undersigned counsel, stipulate as follows pursuant to Fed. R. Civ. P. 29:

1. **Definitions.** The "Subject Device" means the Philips Respironics DreamStation CPAP unit, together with all components, accessories, and other contents of the storage container in which the device was delivered to Plaintiff's counsel's offices, including any humidifier module. The "Receipt" means the Subject Device Condition and Transfer Receipt in the form exchanged with this Stipulation.

2. **Joint Hand-Off.** At a mutually agreed date and time at the offices of Michael T. Hua Law, the storage container will be opened for the first time in the joint presence of representatives of both parties. Both parties may photograph the Subject Device. The parties will inventory each serialized component against the setup checklist (DEF000169) and record the inventory, together with observed exterior condition, on the Receipt, which the participants will sign.

Defendant may participate through a courier, any other representative, or counsel, in person or by live video. The hand-off is not an expert examination, and no compartment housing data storage media will be opened.

3. **Photographs.** Each party will provide the other with copies of all photographs taken at the hand-off within 7 business days.

5. **Preservation.** Defendant will hold the Subject Device quarantined in a secure location, segregated from any returned-equipment, refurbishment, cleaning, or resale workflow. The Subject Device will not be cleaned, refurbished, altered, repaired, disassembled, or powered on, **<u>except</u>** as permitted by Paragraph 6.

6. **Inspection and Testing on Notice.** All testing will be non-destructive; no destructive testing will occur absent a further written stipulation or court order.

7. **Data Storage Media.** Neither party has accessed any data storage media associated with the Subject Device, and neither party makes any representation regarding the presence, absence, or contents of any such media. No media compartment will be opened at the hand-off. No media will be accessed or reviewed at the time of testing.

8. **Further Inspection.** Either party may request further inspection of the Subject Device on reasonable written notice, and such requests will not be unreasonably refused.

9. **Duration.** The obligations in this Stipulation continue through final resolution of this action, including any appeal. The Subject Device will not be disposed of, released, or transferred to any third party absent the parties' written agreement or a court order.

10. **No Admissions.** Neither the transfer of custody, this Stipulation, the Receipt, nor any notation on the Receipt constitutes an admission by any party regarding ownership of or title to the Subject Device, liability, causation, or the cause or timing of any condition of the Subject Device. All claims and defenses, including all positions regarding ownership, are preserved.

11. **No Waiver.** This Stipulation does not waive any objection to the admissibility, relevance, or use of the Subject Device or any related evidence, and does not limit any party's discovery rights.

12. **Enforcement.** The Court retains authority to enforce this Stipulation, and any party may seek relief from the Court concerning it.

13. **Execution.** This Stipulation is effective upon execution by counsel for all parties, may be executed in counterparts and by electronic signature, and may be filed with the Court by any party.

14**. Return** The Device will be returned to Plaintiff's counsel by August 14, 2026. Counsel is willing to pick it up from Defendant's local offices in Las Vegas.

IT IS SO STIPULATED.

APPROVED AS TO FORM AND CONTENT:

DATED this 31st day of July, 2026.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ Michael P. Lowry
MICHAEL P. LOWRY, ESQ.
Attorneys for Defendant
Preferred Homecare

DATED this 31st day of July 2026.

**MICHAEL T. HUA LAW**

/s/ Anjan Gewali
MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
6145 Spring Mountain Rd., Ste. 201
Las Vegas, Nevada 89146
*Counsel for Plaintiff*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: August 3, 2026

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of MICHAELT. HUA LAW and that on this 31st day of July 2026, I caused the foregoing **STIPULATION REGARDING PRESERVATION, TRANSFER, AND INSPECTION OF THE SUBJECT CPAP DEVICE** to be served as follows:

[X] via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk

[ ] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ] pursuant to EDCR 7.26, by sending it via facsimile; and/or

[ ] by hand delivery

to the attorneys listed below:

Michael P. Lowry, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Preferred HomeCare , LLC*

/s/ Ariana J. Dunbar
An employee of the MICHAEL T. HUA LAW

Outlook

## RE: Inspection--Dorfman

**From** Lowry, Michael <Michael.Lowry@wilsonelser.com>
**Date** Fri 7/31/2026 7:57 AM
**To** Anjan Gewali <ag@michaelhua.com>; Walters, Rachel C.G. <Rachel.Walters@wilsonelser.com>; Beus, Mandy <Mandy.Beus@wilsonelser.com>; Ariana Dunbar <ariana@michaelhua.com>; scottdorfmanz973843@michaelhua.filevineapp.com <scottdorfmanz973843@michaelhua.filevineapp.com>; Litigation <lit@michaelhua.com>

You may submit it with my e-signature.

**From:** Anjan Gewali <ag@michaelhua.com>
**Sent:** Thursday, July 30, 2026 18:30
**To:** Walters, Rachel C.G. <Rachel.Walters@wilsonelser.com>; Beus, Mandy <Mandy.Beus@wilsonelser.com>; Ariana Dunbar <ariana@michaelhua.com>; scottdorfmanz973843@michaelhua.filevineapp.com; Lowry, Michael <Michael.Lowry@wilsonelser.com>; Litigation <lit@michaelhua.com>
**Subject:** Re: Inspection--Dorfman

EXTERNAL EMAIL - This email originated from outside the organization.

11:30 am right?

Can we get the signatures on the stip. from Lowry or another NV attorney (or Ms. Walters if the pro-hac has gone through) prior to Mandy picking up the device?

MH
MICHAEL HUA
INJURY LAW

**Anjan Gewali Esq.**
6145 W. Spring Mountain Rd. #201
Las Vegas, NV 89146
Office: (702) 852-2228

michaelhua.com

**From:** Walters, Rachel C.G. <Rachel.Walters@wilsonelser.com>
**Sent:** Thursday, July 30, 2026 4:50 PM
**To:** Anjan Gewali <ag@michaelhua.com>; Beus, Mandy <Mandy.Beus@wilsonelser.com>
**Subject:** Inspection--Dorfman

Good afternoon,
Putting you both on the same thread. Mandy will be coming to your office tomorrow, Anjan, at 8 a.m. to take custody of the equipment. She will be there to photograph and handle components with you. I'm available via phone if anything comes up.
Please let us know the location where she should go

Rachel C.G. Walters
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street Suite 2100
Miami, FL 33131
305.395.5575 (Direct)
954.465.1924 (Cell)
305.374.4400 (Main)
305.579.0261 (Fax)
rachel.walters@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.